IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD D. ABEL, | No. C 07-3247 MJJ (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | **(Docket Nos. 2 & 6)** |
| ALAMEDA COUNTY, et al., | |
| Defendants. | |

    Plaintiff, an inmate in the Alameda County Jail, and proceeding pro se, filed the above-titled civil rights complaint under 42 U.S.C. § 1983 alleging he and other inmates at the jail are not being provided adequate health care. Plaintiff states in the complaint that is a class action, and two other jail inmates have filed letters seeking "to become part of the class action."

    Pro se prisoner plaintiffs may not bring class actions. They are not qualified to act as class representatives as they are unable to fairly represent and adequately protect the interests of the class. See Fed. R. Civ. P. 23(a); Oxendine v. Williams, 509 F.2d 1405, 1407 (4th Cir. 1975); see also Russell v. United States, 308 F.2d 78, 79 (9th Cir. 1962) (holding that "a litigant appearing in propria persona has no authority to represent anyone other than himself").

    Accordingly, the above-titled action is hereby DISMISSED, without prejudice to

G:\PRO-SE\MJJ\CR.07\abel.dsm.wpd

1  plaintiff's filing a new action solely on his own behalf.
2      In light of the dismissal, the application to proceed in forma pauperis is DENIED and
3  no fee is due.
4      This order terminates Docket Nos. 2 and 6.
5      The Clerk shall close the file.
6      IT IS SO ORDERED.
7  DATED: 10/13/2007                    _____
                                         MARTIN J. JENKINS
8                                        United States District Judge