UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD D. ABEL,<br><br>           Plaintiff,<br><br>v.<br><br>ALAMEDA COUNTY et al,<br><br>           Defendant.<br>_____/ | Case Number: CV07-03247 MJJ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 15, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donald D. Abel
San Quentin State Prison
Prisoner Id F84873
San Quentin, CA 94974

Dated: October 15, 2007

                                          Richard W. Wieking, Clerk
                                          By: Lashanda Scott, Deputy Clerk